NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINDA D. ELLISION,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3006

---

Petition for review of the Merit Systems Protection Board in case no. AT0353110136-I-1.

---

## ON MOTION

---

## O R D E R

Linda D. Ellison moves to withdraw her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV 0 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Linda D. Ellison
     Jeanne E. Davidson, Esq.

s21

Issued As A Mandate: ___NOV 0 3 2011_____

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 0 3 2011**

**JAN HORBALY**
**CLERK**